UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Cassidy,
a Minnesota resident,

Plaintiff,

v.

Allstate Insurance Company,
an Illinois corporation,

Defendant.

Case No. 00-CV-1354 MJD/JGL

**ORDER FOR DISMISSAL**

Based upon the Stipulation of Dismissal by and between the parties:

IT IS HEREBY ORDERED that this action, be, and hereby is, dismissed with prejudice and on its merits, with each party to bear his or its respective costs and attorneys' fees.

Dated: 9 - 14, 2000.

Michael J. Davis
Judge of United States District Court

SHA/jah/572849.1

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joseph Cassidy,
a Minnesota resident,

Plaintiff,

v.

Allstate Insurance Company,
an Illinois corporation,

Defendant.

Case No. 00-CV-1354 MJD/JGL

**STIPULATION OF DISMISSAL AND ORDER**

---

Plaintiff Joseph Cassidy and Defendant Allstate Insurance Company, having reached an agreement to settle and resolve this matter, hereby stipulate and agree, by and through their respective undersigned counsel, the above-captioned action shall be dismissed, with prejudice and on the merits, with each party to bear his or its own attorneys' fees and costs.

Dated: August 29, 2000

Brian M. Sund
Atty. No. 198213
Morrison & Fenske, P.A.
5125 County Road 101
Suite 102
Minnetonka, MN 55345
~~(763) 417-9102~~

Dated: August 24, 2000.

Shane H. Anderson
Atty. No. 179607
Mackall, Crounse & Moore, PLC
901 Marquette Avenue
1400 AT&T Tower
Minneapolis, MN 55402
(612) 305-1400

SHA/sha/571322.2

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______